ACCEPTED
08-15-00106-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
7/10/2015 2:31:10 PM
DENISE PACHECO
CLERK

No. 08-15-00106-CR

|  |  |  |
|---|---|---|
| Marcus Watson Jr., | § | FILED IN<br>8th COURT OF APPEALS<br>EL PASO, TEXAS<br>7/10/2015 2:31:10 PM<br>DENISE PACHECO<br>Clerk In The |
|  | § |  |
| Appellant, | § | COURT OF APPEALS |
|  | § |  |
| v. | § | FOR THE |
|  | § |  |
| State of Texas, | § | EIGHTH JUDICIAL DISTRICT, |
| Appellee. | § | EL PASO, TEXAS |

## MOTION TO EXTEND TIME TO FILE BRIEF

Appellant, Marcus Fianchat Watson, seeks an extension of time to file his brief in this appeal and in support would show the Court:

Appellant timely perfected appeal from the March 3, 2015 judgment of the trial court. The record was complete on May 7, 2015. This Court has granted one previous extension.

Appellant seeks an extension of 30 days to file his brief, making the brief due August 5, 2015. Appellant needs additional time to file his brief because the record is voluminous and counsel for Appellant is counsel in the following matters with deadlines during the time for preparing Appellant's brief.

*Ex Parte Prise*, Robertson County No 28180
    Petition for writ of habeas corpus.        June 29, 2015

Rivera v. Audi AG, et al, Bexar Co. No. 2013-CI-00118
    Drafting responses to Plaintiff's motion for summary judgment.
    Drafting motions on expert witnesses.

In re K.L.P. and H.D.P.,
    Petition for review in supreme court.        July 1, 2015

The Court has granted one previous extension.

## Prayer

For the reasons set out herein, appellant prays the Court grant an extension to file his brief until August 5, 2015.

Respectfully submitted,

__/s/  Clint Sare___
Clint  F. Sare
Tex. Bar No. 00788354
P.O. Box 1694
Bryan, Texas  77806
(979) 822-1505

Attorney for appellant
Marcus Watson Jr.

## Certificate of Service

I certify a copy of appellant's Motion to Extend Time to File Brief was served on Douglas Howell, on July 10, 2015.

_/s/  Clint Sare_____
Clint F. Sare